IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPINELLI PTE LTD, a Singapore private limited company,<br><br>Plaintiff,<br><br>v.<br><br>TC GLOBAL, INC. f/k/a Tully's Coffee Corporation, a Washington corporation, GREEN MOUNTAIN COFFEE ROASTERS, INC., a Delaware corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 11-CV-05047-SI<br><br>**ORDER ENLARGING TIME FOR DEFENDANTS TO ANSWER** |

## ORDER ENLARGING TIME TO ANSWER

Upon consideration of the stipulated request filed by the parties, it is ORDERED that the time for Defendants Green Mountain Coffee Roasters, Inc. and TC Global, Inc. to answer Plaintiff Spinelli Pte Ltd's complaint shall be extended by 21 days to January 24, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  1/4/12

_____
HON. SUSAN ILLSTON
United States District Judge

Order Enlarging Time to Answer

1